# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JESSICA RODRIGUEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : No. 803 MAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| Respondent | : Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| FULTON BANK, N.A., | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.